USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 07/10/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LILLIAN D. RODDRIGUEZ,

Plaintiff,

-against-

CARLOS ALBERTO SANTIAGO-MANGUAL, et al.,

Defendants.

26-CV-4254 (SHS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

This Court's Order Scheduling General Pretrial Management Conference dated June 12, 2026 (Scheduling Order) (Dkt. 5) directed the parties to submit a Pre-Conference Statement by July 9, 2026. The Court has not received a Pre-Conference Statement.

No later than **July 14, 2026**, the parties must file a Pre-Conference Statement, via ECF and signed by counsel for all parties, that contains the information required under the Scheduling Order.

Dated: New York, New York
July 10, 2026

**SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**